1  Wendy M. Krincek, Esq.
   Nevada Bar No. 6417
2  Diana G. Dickinson, Esq.
   Nevada Bar No.13477
3  LITTLER MENDELSON, P.C.
   8474 Rozita Lee Avenue
4  Suite 200
   Las Vegas, NV 89113.4770
5  Telephone:    702.862.8800
   Fax No.:      702.862.8811
6  wkrincek@littler.com
   ddickinson@littler.com
7
   Attorneys for Defendant
8  ENCOMPASS HEALTH REHABILITATION
   HOSPITAL OF LAS VEGAS, LLC
9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA JANCATERINO, an individual, | Case No. 2:25-cv-00157-ART-DJA |
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY DEADLINES** |
| v. | **(SECOND REQUEST)** |
| ENCOMPASS HEALTH REHABILITATION HOSPITAL OF LAS VEGAS, LLC, a Delaware limited liability company, | |
| Defendant. | |

Plaintiff Patricia Jancaterino ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendant Encompass Health Rehabilitation Hospital of Las Vegas, LLC ("Defendant") by and through its counsel of record, Littler Mendelson P.C., hereby stipulate and agree to extend the unexpired discovery deadlines for sixty days (60).

This is the parties' second request for an extension to the Discovery Plan and Scheduling Order. ECF No. 23. The requested extension is sought in good faith and not for purposes of undue delay. This request is submitted at least twenty-one (21) days or more before the expiration of the subject deadlines.

**I.    DISCOVERY COMPLETED**

To date, the parties have exchanged the following discovery:

- Plaintiff's Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(a) was served on May 28, 2025;

- Defendant's Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(a) was served on May 28, 2025;

- Defendant's First Set of Interrogatories and Requests for Production of Documents to Plaintiff were served on May 28, 2025;

- Plaintiff's First Set of Interrogatories, Requests for Admission, and Requests for Production of Documents to Defendant were served on May 29, 2025;

- Plaintiff's Responses to Defendant's First Set of Interrogatories and Requests for Production of Document were served on July 18, 2025;

- Plaintiff's First Supplement to Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(e) was served on July 18, 2025;

- Defendant's Responses to Plaintiff's First Set of Interrogatories, Requests for Admission, and Requests for Production of Document were served on July 21, 2025;

- Defendant's First Supplement to Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(e) was served on July 21, 2025;

- Plaintiff's Supplemental Responses to Defendant's First Set of Interrogatories and Requests for Production of Document were served on October 30, 2025;

- Plaintiff's Second Supplement to Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(e) was served on October 30, 2025;

- Defendant's First Supplemental Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Document were served on October 30, 2025;

- Defendant's Second Supplement to Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(e) was served on October 30, 2025;

- Plaintiff's Third Supplement to Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(e) was served on October 31, 2025;

- Plaintiff's Fourth Supplement to Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(e) was served on November 13, 2025;

- Plaintiff's Initial Designation of Expert Witnesses Pursuant to FRCP 26(a)(2) was served on November 10, 2025; and

- Plaintiff's Second Set of Requests for Production of Documents to Defendant were served on November 13, 2025.

Plaintiff has identified 29 witnesses and has produced 1,135 pages of documents. Defendant has identified 5 witnesses and has produced 1,914 pages of documents. Defendant has also served 10 third-party subpoenas.

## II.   DISCOVERY THAT REMAINS TO BE COMPLETED

Plaintiff intends to issue third-party subpoenas and conduct depositions of critical fact witnesses (supervisors, decision makers, percipient witnesses) as well as corporate representatives. Plaintiff may need to conduct additional written discovery following depositions, and may issue additional subpoenas to third-parties based upon information learned in those depositions.

Defendant has issued ten third-party subpoenas and is waiting to receive all of the responses. Defendant plans to conduct Plaintiff's deposition and take the depositions of percipient witnesses. Defendant may conduct additional written discovery following said depositions, and may issue additional subpoenas to third-parties based upon information learned in those depositions.

On October 28, 2025, Plaintiff issued noticed depositions of three witnesses: (1) Tij von Nieda for November 13, 2025; (2) Chanda Kent for November 21, 2025; and (3) Melanie Yogaratnam for December 12, 2025. Plaintiff also served subpoenas for each of these depositions that include a demand for documents, which included the text messages and communications from the witnesses with employees of Defendant relating to Plaintiff. These subpoenas are currently the subject of a meet and confer letter issued by Defendant on October 31, 2025. Plaintiff postponed the deposition of Mr. von Nieda due to Plaintiff's counsel's illness. The parties met and conferred on November 18, 2025, and agreed to postpone the deposition of Ms. Kent until January to allow the parties time to complete meet and confer discussions on the subpoena issue.

Plaintiff identified 10 treating providers in her Initial Designation Expert Witnesses and Defendant needs additional time to prepare rebuttal expert reports.

Plaintiff also served a Second Set of Requests for Production of Documents on Defendant, and the responses are due December 15, 2025.

## III.   REASON FOR EXTENSION TO COMPLETE DISCOVERY

This extension is necessary to allow Defendant sufficient time to complete its rebuttal expert reports and for Defendants to meet and confer with Plaintiff on her Initial Designation Expert

3

Witnesses. Counsel for Defendant is also out for extended periods of time in November and December due to a pre-planned vacation and time off for the holidays. Further, additional time is needed for the parties to notice and take depositions. The parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline. Good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals.

### IV.   PROPOSED REVISED DISCOVERY PLAN

1. <u>Rebuttal Expert Disclosures</u>

The parties' current deadline for completing rebuttal experts is December 12, 2025. The parties request that the Court extend that deadline to <u>February 10, 2026.</u>

2. <u>Discovery Cut-Off Deadline</u>

The parties' current deadline for completing discovery is January 9, 2026. The parties request that the Court extend that deadline to <u>March 10, 2026.</u>

3. <u>Dispositive Motions Deadline</u>

The parties' current deadline for filing dispositive motions is February 9, 2026. The parties request that the Court extend that deadline to <u>April 10, 2026.</u>

4. <u>Joint Pretrial Order Deadline</u>

The parties' current deadline for filing the Joint Pretrial Order is March 11, 2026. The parties request that the Court extend that deadline to <u>May 11, 2026</u>[1]. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

5. <u>Extensions or Modification of the Discovery Plan and Scheduling Order</u>

In accordance with Local Rule 26-3, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

Accordingly, the parties stipulate, subject to approval of this Court, to the following new proposed deadlines:

---

[1] Deadline lands on Saturday moved to Monday

|  | Current Deadline | **Revised Deadline** |
|---|---|---|
| Rebuttal Experts | December 12, 2025 | **February 10, 2026** |
| Discovery Cut-Off | January 9, 2026 | **March 10, 2026** |
| Dispositive Motions | February 9, 2026 | **April 10, 2026** |
| Joint Pretrial Order | March 11, 2025 | **May 11, 2026** |

The instant request is made in good faith and not for the purpose of delay.

Dated: November 21, 2025

Respectfully submitted,

*/s/ Marian L. Massey, Esq.*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS, LLP

Attorneys for Plaintiff
PATRICIA JANCATERINO

Dated: November 21, 2025

Respectfully submitted,

*/s/ Diana G. Dickinson, Esq.*
Wendy M. Krincek, Esq.
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ENCOMPASS HEALTH REHABILITATION
HOSPITAL OF LAS VEGAS, LLC

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/25/2025

4902-4207-4234.1 / 060078.1184

4902-4207-4234 / 060078.1184